## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

**Plaintiff,**

**v.**

**DAVID CLARKE,**

**Defendant.**

**11-30152-DRH**

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is defendant's motion for a copy of the sealed statement of reasons (Doc. 78).   Document 51, Sealed Statement of Reasons, is sealed document that is only for the Court to view.   It contains such information that cannot be disclosed pursuant to the E-Government Act of 2002.   Neither the government, the defendant nor the public are entitled to view this document. Accordingly, the Court DENIES the motion for documents (Doc.78).

**IT IS SO ORDERED.**

Signed this 9th day of September, 2013.

David R. Herndon
2013.09.09
14:21:02 -05'00'

**Chief Judge**
**United States District Court**